ZAPPALA, J., would affirm on the basis of the lower court opinion.

PHYSICIANS INSURANCE COMPANY
and Professional Adjustment
Services, Inc., Respondent,

v.

Francis PISTONE, M.D., Associated
Surgeons, Ltd., Annette Yaworsky
and John Yaworsky.

Petition of Annette YAWORSKY
and John Yaworsky.

Supreme Court of Pennsylvania.

April 7, 1997.

Frederick J. Fanelli, Pottsville and Sudhir R. Patel, Orwigsburg, for Petitioner.

*ORDER*

PER CURIAM.

AND NOW, this 7th day of April, 1997, the Petition for Allowance of Appeal is hereby GRANTED but LIMITED TO THE FOLLOWING:

What is the appropriate standard to determine when conduct constitutes the rendering of professional health care services?

Richard **FOXHILL** and Anna **Foxhill** as Co–Administrators of the Estate of Richard A. Foxhill, Deceased and in their own right, Petitioners,

v.

Shawn **MARLOWE** and Liberty Auto
Tags and Eileen M. Nicholson and
Carango Motors, Respondents.

Supreme Court of Pennsylvania.

April 10, 1997.

David A. Jaskowiak, Glenside, for Petitioner.

*ORDER*

PER CURIAM.

AND NOW, this 10th day of April, 1997, the Petition for Allowance of Appeal is granted and limited to the following issue:

Did the trial court err in granting a nonsuit on Petitioners' claim under 75 Pa. Cons.Stat. § 1574?